United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA
            Plaintiff

v.

Case No.: 5:16–po–07503
Magistrate Judge Diana Song Quiroga

Jose Hernandez
*TN: Jose Elias Hernandez Ramirez*
            Defendant

---

## JUDGMENT

On **June 1, 2016**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 30 days confinement.

A $10.00 cost assessment is imposed.

DONE at Laredo, Texas, on **June 1, 2016**.

*(signature)*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE